IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON R. MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>CHELSEA C. BRAUN,<br><br>    Defendant. | Case No. 1:25-cv-00039<br><br>Hon. Joan B. Gottschall |

**STIPULATED ORDER FOR DISCOVERY OF**
**ELECTRONICALLY STORED INFORMATION**

I. **PURPOSE**

    a. This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure and any other applicable orders and rules.

II. **COOPERATION**

    a. The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

III. **ESI LIAISON**

    a. The parties have identified liaisons to each other (in-house or retained) who are and will be knowledgeable about and responsible for discussing their respective ESI. Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of ediscovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will

rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

## IV. PRESERVATION

a. The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate.

b. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

   i. Only ESI created or received from January 1, 2022 to present will be preserved;

   ii. The parties have exchanged a list of the types of ESI they believe should be preserved and the names of the custodians, or general job titles or descriptions of custodians, for whom they believe ESI should be preserved. The list is not attached to this order but shall be retained by the parties separately. The parties shall add or remove custodians as reasonably necessary;

   iii. The parties are not aware of any data sources that are not reasonably accessible because of undue burden or cost pursuant to Fed. R. Civ. P. 26(b)(2)(B). If they become aware of any, they will meet and confer;

   iv. The parties are not aware of any data sources that are not reasonably accessible for any other reason. If they become aware of any, they will meet and confer.

## V. SEARCH

a. The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery. The parties agree that they will exchange keyword search terms, Boolean connectors, and/or concept search criteria if that method is used. The parties have agreed that metadata shall be produced in discovery.

## VI. PRODUCTION FORMATS

a. The parties agree to produce documents in TIFF and/or native file formats. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

## VII. DOCUMENTS PROTECTED FROM DISCOVERY

a. Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product protected document, whether inadvertent or otherwise, is not a waiver of privilege or

35960955.2

    protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

   b. Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.

## VIII. MODIFICATION

   a. This Stipulated Order may be modified upon motion to the Court for good cause shown.

SO STIPULATED, through Counsel of Record.

Dated: April 16, 2025

*William D. Patterson*
William D. Patterson
Mark J. McLoughlin
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
wpatterson@smbtrials.com
mmcloughlin@smbtrials.com

*Attorneys for Plaintiff Aaron R. Marshall*

Dated: April 16, 2025

*/s/ Michael P. Croghan*
Michael P. Croghan
Margaret C. Redshaw
McDonald Hopkins LLC
300 N. LaSalle St. Ste. 1400
Chicago, IL 60654
(312) 280-0111
mcroghan@mcdonaldhopkins.com
mredshaw@mcdonaldhopkins.com

*Attorneys for Defendant Chelsea C. Braun*

SO ORDERED:

Date: April 16, 2025            /s/ Joan B. Gottschall
                                                     United States District Judge

35960955.2